## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LERONE HINES** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: |
| | * | |
| | * | JUDGE: |
| **DARRELL NEAL, DEDICATED LINE** | * | |
| **SERVICE, INC. AND ABC INSURANCE** | * | MAGISTRATE: |
| **COMPANY** | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * | * | |

## NOTICE OF REMOVAL

**TO:**   **Honorable Carol L. Michel**          Plaintiff, Lerone Hines
      Clerk of Court                                            Through his attorney of record
      United States District Court                   **Raynique Keelen**
      Eastern District of Louisiana                   FULLER KEELEN LAW FIRM
      United States Courthouse                       201 St. Charles Ave., Ste. 2500
      500 Poydras Street, Room C151             New Orleans, Louisiana 70170
      New Orleans, Louisiana 70130                Telephone: (504) 754-6854
      Telephone: (504) 589-7600                       Facsimile: (888) 796-9613

Pursuant to the provisions of 28 U.S.C. § 1446, you are hereby notified that the attached Complaint for Removal of the above titled and numbered civil action has been filed in the United States District Court for the Eastern District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, effecting the removal of these proceedings.

Respectfully submitted:

**KUTCHER TYGIER & LUMINAIS, L.L.P.**

_____
**BRADLEY J. LUMINAIS, JR. (#28663)**
**HEATHER W. BLACKBURN (#26749)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Phone: 504-830-3838
***Attorneys for Defendants, Dedicated Line Service, Inc. and Darrell Neal***

## CERTIFICATE OF SERVICE

I hereby certify that on ___April 19___, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or via electronic mail, facsimile and/or by mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

_____
**BRADLEY J. LUMINAIS, JR.**