2021-09210    Case 2:22-cv-01053-BWA-MBN   Document 1-5   Filed 04/19/22   Page 1 of 7

FILED
2021 NOV 11  P 05:28
CIVIL
DISTRICT COURT

F
Section 14

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Lerone Hines                              vs.   Darrell Neal et al

**Court:** Civil District Court            **Docket Number:** _____

**Parish of Filing:** Orleans              **Filing Date:** 11/11/21

**Name of Lead Petitioner's Attorney:** Raynique T. Keelen

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1        **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [x] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence
- [x] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff was injured in a motor vehicle accident on November 13, 2020 in New Orleans, Louisiana.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Raynique T. Keelen          Signature _____

Address  201 St. Charles Avenue, Suite 2500, New Orleans, LA 70170

Phone number: 504-754-6854       E-mail address: raynique@fullerkeelenlawfirm.com

E-Filed

**EXHIBIT A**

2021-09210 Case 2:22-cv-01053-BWA-MBN Document 1-5 Filed 04/19/22 Page 2 of 7

FILED
2021 NOV 11 P 05:28
CIVIL
DISTRICT COURT

Section 14

# CLERK OF CIVIL DISTRICT COURT COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judges of Civil District Court en banc is authorized for use by the Clerk of Court for the purpose of initiating the civil docket sheet. The plaintiff filing the suit must fill out this form.

PLAINTIFFS (Name of first plaintiff listed)
Lerone Hines

DEFENDANTS (Name of first defendant listed)
Darrell Neal

PARISH OF RESIDENCE OF FIRST LISTED PLAINTIFF
Orleans

PARISH OF RESIDENCE OF FIRST LISTED DEFENDANT
Kanawha County

ATTORNEYS (Firm Name, Address, & Telephone No.)
Raynique T. Keelen
Fuller Keeler Law Firm
201 St. Charles Ave
Suite 2500
New Orleans, LA 70170

TO BE FILLED IN BY CLERK'S OFFICE
CASE NO. _____
DIVISION _____
JURY DEMAND _____ (yes or no)

| PROBATE | CONTRACT | SPECIAL PROCEEDING | TORTS—PERSONAL INJURY | STATUS & DOMESTIC |
|---|---|---|---|---|
| ___ 110 Simple Possession (No will) | ___ 210 Open Account | ___ 310 Injunction | ✓ 410 Motor Vehicle | ___ 510 Separation |
| ___ 115 Petition to Probate Will (with administration) | ___ 215 Breach of Contract | ___ 315 Declaratory Judgment | ___ 415 Motor Vehicle-Product Liability | ___ 515 Divorce |
| | ___ 220 Suit on Note | ___ 320 Judicial Review Zoning | | ___ 520 Annulment |
| | ___ 225 Suit on Note with Foreclosure of Chattel Mortage | ___ 325 Mandamus (non-real estate) | ___ 420 Product Liability-Other | ___ 525 Custody (not filed with separation or divorce) |
| ___ 120 Petition to Probate Will (without administration) | | ___ 330 Election Suit | ___ 425 Medical Malpractice | ___ 530 Disavowment of Paternity |
| ___ 125 Petition to Search for Will | ___ 230 Suit for Earned Wages | ___ 335 Minor's Settlement | ___ 430 Premises (liability for condition) | ___ 535 Suit to Establish Paternity |
| | ___ 235 Suit for Accounting | ___ 340 Concursus | ___ 435 Marine | ___ 536 Child Support |
| ___ 130 Other | ___ 240 Other | ___ 345 Petition for Discovery | ___ 440 Intentional Tort | ___ 540 Name Change |
| | ___ 245 Hurricane Litigation | ___ 350 Petition for Writ for Sequestration | ___ 445 Defamation | ___ 545 Emancipation |
| | | | ___ 450 Other | ___ 550 Interdiction |
| LABOR | IMMOVABLE PROPERTY | ___ 355 Petition to Make Judgment Executory | ___ 455 Asbestos | ___ 555 Commitment |
| ___ 610 Joint Petition for Workmen's Compensation | ___ 710 Suit on Note with Foreclosure of Mortgage | | ___ 460 Class Action | ___ 560 Petition to Appoint Curator |
| ___ 615 Judicial Review | ___ 720 Suit to Rescind Sale or for Refund of Purchase Price | ___ 360 Tax Suit | | ___ 565 Partition of Community (separate action) |
| ___ 620 Workmen's Compensation | | ___ 365 Petition to Become Notary | | ___ 570 Marital Agreement |
| ___ 625 Other | ___ 725 Suit for Specific Performance | ___ 370 Other | | ___ 575 Pet. to make Judgment Executory (Domestic) |
| | ___ 730 Declaratory Judgment | | | ___ 580 Other |
| | ___ 735 Rent and/or Eviction | Check/Fill in if demanded in complaint: | | |
| | ___ 740 Expropriation | Check if this is a CLASS ACTION under ___ | | Demand $ |
| | ___ 745 Mandamus to Cancel Mortgage | RELATED CASE(S) IF ANY | | Other |
| | | JUDGE _____ | | |
| | ___ 750 Other | CASE NO. _____ | | |

CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVES:
1. Property included in an earlier numbered pending suit
2. Same issue of fact or grows out of the same transaction

E-Filed

F
Section 14

FILED
2021 NOV 11  P 05:28
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA**

NO.                                                                                        DIVISION ""

**LERONE HINES**

**VERSUS**

**DARRELL NEAL, DEDICATED LINE SERVICE, INC. AND ABC
INSURANCE COMPANY**

FILED: _____          _____
                                                                              **DEPUTY CLERK**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Lerone Hines, person of the full age of majority and a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That Darrell Neal, made a party defendant herein, is a person of the full age of majority and a resident and citizen of Kanawha County, State of West Virginia. That Dedicated Line Service, Inc., made a party defendant herein, is a foreign corporation authorized to do and doing business in the State of Louisiana at all times relevant hereto. That ABC Insurance Company, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about November 13, 2020, at approximately 9:10P.M., Lerone Hines was operating a 2009 Acura TL, traveling northbound on Common Street at the intersection of Common Street and Camp Street in the Parish of Orleans, State of Louisiana.

III.

That at approximately the same time and place, Darrell Neal was operating a 2007 Ford 1000 traveling eastbound on Camp Street at the intersection of Common Street and Camp Street in the Parish of Orleans, State of Louisiana.

IV.

That at approximately the same time and place, suddenly and without warning, Darrell Neal disregarded the traffic signal and struck plaintiff's vehicle.

VERIFIED
Kim Livingston
2021 NOV 14  P 09:38

V.

F

Section 14

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendant, Darrell Neal, in the following, non-exclusive, respects:

(a) by violating La. R.S. 32:58 (Careless Operation);

(b) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(c) by operating the vehicle under his control in a reckless and negligent manner;

(d) by failing to see what should be seen; and

(e) other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

VI.

At the time of the accident Darrell Neal was acting within the course and scope of his employment with Dedicated Line Service, Inc. As the employer of Darrell Neal, Dedicated Line Service, Inc., is jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by its said employee during the course and scope of said employee's employment.

VII.

That as a result of the aforesaid collision, Lerone Hines has sustained serious injuries to his neck, back, shoulders, body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; and past and future lost wages and earnings, property damage, all of which entitles Plaintiff, Lerone Hines, to recover from Defendants the damages as are reasonable in the premises.

VIII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, ABC Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendants, Darrell Neal and Dedicated Line Service, Inc., from the type of liability asserted herein.

WHEREFORE, Petitioner, Lerone Hines, prays that Defendants Darrell Neal, Dedicated Line Service, Inc. and ABC Insurance Company, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Lerone Hines, and against Defendants, Darrell Neal, Dedicated Line Service, Inc. and ABC Insurance Company, jointly and/or in solido, for damages as are reasonable in the premises; each of said

2021-09210 Case 2:22-cv-01053-BWA-MBN Document 1-5 Filed 04/19/22 Page 5 of 7

FILED
2021 NOV 11 P 05:28

CIVIL
DISTRICT COURT

Section 14

Fjudgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

FULLER KEELEN LAW FIRM
ATTORNEY FOR PLAINTIFF
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA 70170
TELEPHONE: (504) 754-6854
FACSIMILE: (888)796-9613
E-MAIL: raynique@fullerkeelenlawfirm.com

BY: _____
RAYNIQUE KEELEN, NO. LA 31216

**PLEASE SERVE:**

**DEDICATED LINE SERVICE, INC.**
Pursuant to the Long Arm Statute LSA-R.S. 13:3201 and 13:3204
Through its agent for service of process
Jack G. Blevins
160 Hurricane Br Rd
Chapmanville, West Virginia 25508

**DARRELL NEAL**
Pursuant to the Long Arm Statute LSA-R.S. 13:3201 and 13:3204
1105 Five Mile
Charleston, West Virginia 25312

**ABC INSURANCE COMPANY**
Hold Service until known

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3

ATTORNEY'S NAME: Keelen, Raynique 31216
AND ADDRESS: 201 Saint Charles Ave. Suite 2500, New Orleans, LA 70170

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-09210          DIVISION: F          SECTION: 14

HINES, LERONE

Versus

NEAL, DARRELL ET AL

### CITATION - LONG ARM

TO: DEDICATED LINE SERVICE, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE AND ITS AGENT FOR SERVICE OF PROCESS
JACK G. BLEVINS
160 HURRICANE BR RD., CHAPMANVILLE, WV 25508

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 18, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Cederick Favaroth, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON DEDICATED LINE SERVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE AND ITS AGENT FOR SERVICE OF PROCESS JACK G. BLEVINS Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ PAPER  RETURN SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON DEDICATED LINE SERVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE AND ITS AGENT FOR SERVICE OF PROCESS JACK G. BLEVINS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DEDICATED LINE SERVICE, INC. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10813371                    Page 1 of 1

ATTORNEY'S NAME: Keelen, Raynique 31216
AND ADDRESS: 201 Saint Charles Ave. Suite 2500, New Orleans, LA 70170

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-09210        DIVISION: F        SECTION: 14

HINES, LERONE

**Versus**

NEAL, DARRELL ET AL

## CITATION - LONG ARM

TO:        NEAL, DARRELL

THROUGH:   THE LOUISIANA LONG ARM STATUTE

           1105 FIVE MILE, CHARLESTON, WV 25312

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 18, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Cederick Favaroth, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON NEAL, DARRELL | ON NEAL, DARRELL |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NEAL, DARRELL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| /          / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10813372        Page 1 of 1